IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cr-04033-RK-01 |
| | ) | |
| NOHAUD NASEEF AZAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Nohaud Naseef Azan's Unopposed Motion for Reconsideration of Bond. (Doc. 48). For good cause shown, Defendant's motion is granted.

IT IS THEREFORE ORDERED that Defendant Nohaud Naseef Azan's Unopposed Motion for Reconsideration of Bond (Doc. 48) is hereby GRANTED. It is further

ORDERED that Defendant Nohaud Naseef Azan shall be released from the custody of the U.S. Marshal's Service on March 1, 2023, at 9:00 a.m. to travel to Hanover, Virginia for admission to Williamsville Wellness on March 2, 2023. It is further

ORDERED that Defendant Nohaud Naseef Azan shall be released from custody, pursuant to all conditions set forth in the Court's Order Setting Conditions of Release (Doc. 10),

Dated this 28th day of February 2023, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
United States Magistrate Judge